1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID DEL TORO, | Case No. CV 16-03624 RSWL (RAO) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Interim Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Grounds 1(d), 3, and 4 of the Petition are dismissed.

///
///
///
///
///

IT IS FURTHER ORDERED that within 30 days of this Order, Petitioner shall either (a) elect to proceed on his exhausted claims by filing a "Notice of Petitioner's Election to Proceed on only his Exhausted Claims and Consent to Striking Unexhausted Claims," or (b) elect to return to state court to exhaust his unexhausted claims by filing a consent to dismissal of this action without prejudice.

DATED: 2/8/2017

**RONALD S.W. LEW**
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE