# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEL TORO,<br>    Petitioner,<br>    v.<br>RAYMOND MADDEN,<br>    Respondent. | **Case No. CV 16-03624 RSWL (RAO)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: 10/12/2018

                                      s/ RONALD S.W. LEW
                                      RONALD S. W. LEW
                                      UNITED STATES DISTRICT JUDGE